```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CATHERINE J. CERNA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2762

 5  Attorneys for Defendant
    Secretary of Veteran's Affairs
 6

 7

 8  Attorneys for Defendant THE UNITED STATES OF AMERICA

 9

10             IN THE UNITED STATES DISTRICT COURT FOR THE

11                    EASTERN DISTRICT OF CALIFORNIA

12

13  DIANE M. PAWLOSKI,          )   CIV-S-05-0724 DFL/JFM
                                )
14       Plaintiff,             )   STIPULATION TO CONTINUE CERTAIN
                                )   DISCOVERY DATES
15       v.                     )
                                )
16  ANTHONY J. PRINCIPI,        )
    Secretary, Department of    )
17  Veteran's Affairs,          )
                                )
18       Defendant.             )
    _____
19
```

20      Defendant ANTHONY J. PRINCIPI, Secretary, Department of
21 Veteran's Affairs, and plaintiff DIANE M. PAWLOSKI, by and
22 through their respective counsel of record hereby stipulate as
23 follows:
24      1.   This stipulation is executed by all parties who have
25 appeared in and are affected by this action;
26      2.   Counsel will be taking relevant depositions this week
27 and next week.
28

1

   3.   Plaintiff filed her expert witness disclosure on June 1, but did not include an expert report for the retained expert. Defendant Principi did not file, but intended to file rebuttal.

   4.   In light of the fact that depositions of key witnesses which will inform the expert reports are occurring over the next week and to allow both parties to exchange meaningful expert reports, the parties ask the Court to continue the expert witness disclosure dates and the discovery cut off, as follows:

|  | CURRENT DATE: | NEW DATE REQUESTED: |
|---|---|---|
| Designation Expert Witnesses: | June 1, 2006; | June 30, 2006 |
| Supplemental/Rebuttal Disclosure: | July 3, 2006; | July 28, 2006 |
| Discovery Cut-Off: | Sept. 1, 2006; | Sept. 15, 2006 |

**FOR DEFENDANT**:

DATED: June 8, 2006          McGREGOR W. SCOTT
                             United States Attorney


                             /S/CATHERINE J. CERNA
                             CATHERINE J. CERNA
                             Assistant U.S. Attorney


**FOR PLAINTIFF**:

DATED: June 8, 2006          /S/ JAMES E. McGLAMERY
                             JAMES E. McGLAMERY
                             Attorney for Plaintiff

2

///

ORDER

Based on this stipulation and good cause having been shown,

IT IS HEREBY ORDERED that the current Scheduling Order dates are continued, as follows:

|  | CURRENT DATE: | NEW DATE REQUESTED: |
|---|---|---|
| Designation Expert Witnesses: | June 1, 2006; | June 30, 2006 |
| Supplemental/Rebuttal Disclosure: | July 3, 2006; | July 28, 2006 |
| Discovery Cut-Off: | Sept. 1, 2006; | Sept. 15, 2006 |

IT IS SO ORDERED.

DATED: 6/12/2006

_____
DAVID F. LEVI
United States District Judge