1  JAMES E. McGLAMERY SB# 099433
   LAW OFFICES OF JAMES E. McGLAMERY
2  555 Capitol Mall, Suite 600
   Sacramento, CA  95814
3  Telephone     (916) 446-6235
   Facsimile      (916) 446-6218
4
   MCGREGOR W. SCOTT
5  United States Attorney
   CATHERINE CERNA                                         **OK/HAV**
6  Assistant United State Attorney
   501 I Street, Suite 10-100
7  Sacramento, CA 95814
   Telephone     (916) 554-2762
8  Facsimile:     (916) 554-2900

9
                    UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12
   DIANE M. PAWLOSKI                          CASE NO. 2:05-CV-00724-DFL-JFM
13
         Plaintiff,
14
   v.                                         STIPULATION TO EXTEND
15                                             SCHEDULING ORDER HEARING DATES
   ANTHONY J. PRINCIPI, SECRETARY
16 DEPARTMENT OF VETERAN'S AFFAIRS
   UNITED STATES OF AMERICA                   Judge:       The Hon. David Levi
17                                             Trial Date:  March 19, 2007
         Defendants                            Time:        9:00 a.m.
18 _____/               Courtroom:   7

19
         Plaintiff, DIANE M. PAWLOSKI and Defendant ANTHONY PRINCIPI, by and through
20
   their respective counsel of record, hereby stipulate as follows:
21
   1.    This stipulation is executed by all parties who have appeared in and are affected by this
22
   action;
23
   2.    The parties have agreed to attempt to resolve this case through mediation and desire to
24
   continue Defendant's Motion for Summary Judgment, currently scheduled for November 15, 2006,
25
   pending completion of the Mediation.  The parties have selected Barbara Christiansen as the
26
   Mediator.
27
   3.    The current dates set forth in the Court's Status Conference Order do not allow for
28

sufficient time for the parties to schedule and complete the mediation of this case, discuss the merits of Defendant's Motion, at the Mediation, and file an Opposition to that Motion.

4. Accordingly, the parties stipulate to this request for an extension of Scheduling Order dates for approximately 60-90 days, as follows:

|  | CURRENT DATE | NEW DATE REQUESTED |
|---|---|---|
| Discovery Cut-Off: | September 15, 2006 | (To remain the same) |
| Non-Dispositive Motion Deadline: | October 18, 2006 | (To remain the same) |
| Hearing on Defendant's Motion for Summary Judgment | November 15, 2006 | January 17, 2007, 10:00 a.m. (with opposition due in conjunction with new date) |
| Pretrial Conference: | January 19, 2007 | April 20, 2007, 3:00 p.m. |
| Trial Date: | March 19, 2007 | June 18, 2007, 8:30 a.m. |

**For Plaintiff - Diane Pawloski**

Dated: October 25, 2006            /s/ James-McGlamery
                                   JAMES E. MCGLAMERY
                                   Law Offices of James E. McGlamery


**For Defendant - Anthony Principi**

Dated: October 25, 2006            /s/ Catherine-Cerna
                                   CATHERINE CERNA
                                   Assistant United States Attorney

**ORDER**

Good cause having been shown and based on this stipulation, IT IS HEREBY ORDERED that the current Scheduling Order dates are vacated in favor of the new dates listed below:

|  | CURRENT DATE | NEW DATE |
|---|---|---|
| Discovery Cut-Off: | September 15, 2006 | (To remain the same) |
| Non-Dispositive Motion Deadline: | October 18, 2006 | (To remain the same) |
| Hearing on Defendant's Motion for Summary Judgment | November 15, 2006 | January 17, 2007, 10:00 a.m. (with opposition due in conjunction with new date) |
| Pretrial Conference: | January 19, 2007 | April 20, 2007, 3:00 p.m. |
| Trial Date: | March 19, 2007 | June 18, 2007, 8:30 a.m. |

Dated: October 30, 2006


/s/ David F. Levi
THE HONORABLE DAVID F. LEVI
United States District Judge