```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CATHERINE J. CERNA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2762

 5  Attorneys for Defendant
    Secretary of Veteran's Affairs
 6

 7
    Attorneys for Defendant THE UNITED STATES OF AMERICA
 8
```

9           IN THE UNITED STATES DISTRICT COURT FOR THE

10                   EASTERN DISTRICT OF CALIFORNIA

11

| | | |
|---|---|---|
| 12 | DIANE M. PAWLOSKI,       ) | CIV-S-05-0724 DFL/JFM |
| 13 |    Plaintiff,           ) | STIPULATION TO AMEND THE |
|    |                         ) | SCHEDULING CONFERENCE ORDER TO |
| 14 |    v.                   ) | REOPEN DISCOVERY FOR THE |
|    |                         ) | DEPOSITION OF JAMES GREENLEE |
| 15 | ANTHONY J. PRINCIPI,    ) | |
|    | Secretary, Department of) | |
| 16 | Veteran's Affairs,      ) | |
|    |                         ) | |
| 17 |    Defendant.           ) | |

18

19      The parties hereby stipulate that the Scheduling Conference
20 Order under Rule 16 be amended to allow for Defendant to take the
21 video-taped deposition of James Greenlee. The deposition will
22 take place at a time and place that is agreed to by the parties.
23 Good cause exists to amend the Scheduling Conference Order, as
24 follows:
25      1. On May 17, 2007, Mr. Greenlee will be deployed as a Nurse
26 Practitioner in the United States Army Reserves, Nursing Corp, to
27 an unknown hospital in the United States.
28

                                   1

///

2. Mr. Greenlee's deployment is currently scheduled for a twelve-month period of duty. His deployment will potentially render him unavailable for trial testimony, as trial is scheduled for August 2007.  Defendant therefore wishes to preserve Mr. Greenlee's testimony for use at trial.

3. Mr. Greenlee was a member of the Nurse Professional Standards Board that declined to promote plaintiff.  Mr. Greenlee was also a member of the Nurse Professional Standards Board that recently promoted plaintiff.

4. Mr. Greenlee is a necessary witness for the defense with respect to plaintiff's claim that her promotion was denied as a form of retaliation for prior protected activity.

**FOR DEFENDANT**:

DATED: April 23, 2007          McGREGOR W. SCOTT
                               United States Attorney


                               /S/CATHERINE J. CERNA
                               CATHERINE J. CERNA
                               Assistant U.S. Attorney


**FOR PLAINTIFF**:

DATED: April 23, 2007          /S/ JAMES E. McGLAMERY
                               JAMES E. McGLAMERY
                               Attorney for Plaintiff
                               (Original signature retained by
                               attorney)

///

///

2

1  ///
2  ///
3  **ORDER**
4  Good cause having been shown and based on this stipulation,
5  IT IS HEREBY ORDERED that the Scheduling Order in this matter is
6  amended to allow defendant to take the video-taped deposition of
7  witness James Greenlee for use at trial in this matter.
8
9  IT IS SO ORDERED,
10 DATED:  May 7, 2007
11                         /s/ David F. Levi
                           THE HONORABLE DAVID LEVI
12                         United States District Judge